JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND and BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JEWETT PRINTING LLC, an Indiana Limited Liability Company; PENDERGAST LLC, an Indiana Limited Liability Company; WOODBURN GRAPHICS INC., an Indiana Corporation; and LELAND WATERBOY LLC, an Indiana Limited Liability Company,<br><br>Defendant. | CASE NO. 2:23-cv-010267-JFW-ADSx<br><br>Assigned to the Hon. John F. Walter<br><br>**ORDER ON STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT** |

IT IS ORDERED that the Parties' Stipulation Regarding Settlement and Entry of Consent Judgment ("Stipulation") be entered. The Court retains jurisdiction over the Parties at their request in order to enforce the terms of the Stipulation. Each party shall bear its own fees and costs.

Dated: May 24, 2024

_____
Hon. John F. Walter
United States District Judge

1

[